Lisa I. Carteen, Esq. (SBN 204764)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, California 90025-0509
Telephone:(310-820-8800)
Facsimile: (310-820-8859)
Email:    lcarteen@bakerlaw.com

Attorneys for Defendant
ISMART ALARM, INC. dba
ISMARTALARM

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| e.Digital Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>iSmart Alarm, Inc. dba iSmartAlarm,<br><br>　　　　Defendant. | CASE NO.: 4:15-cv-05793-JSW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT [L.R. 6-1(a)]** |

Plaintiff e.Digital Corporation ("Plaintiff") and Defendant iSmart Alarm, Inc. dba iSmartAlarm ("Defendant") hereby stipulate and agree, by and through their respective counsel of record, that Defendant's last day to respond to the Complaint is continued up to and including February 18, 2016. This Stipulation is not entered into for purposes of delay and this Stipulation will not change or alter the date of any event or any deadline already established by Court order.

The parties file this Stipulation pursuant to Civil Local Rule 6-1(a), and understand that their agreement to permit Defendant to respond to the Complaint on or before February 18, 2016 does not require the approval of this Court.

IT IS HEREBY STIPULATED that the time within which Defendant may respond to the Complaint is extended from January 19, 2016 to February 18, 2016.

IT IS SO STIPULATED this 11th day of January 2016.

Dated: January 11, 2016                BAKER & HOSTETLER LLP

By: */s/ Lisa I. Carteen*
      Lisa I. Carteen

Attorneys for Defendant
ISMART ALARM, INC. dba
ISMARTALARM

Dated: January 11, 2016                HANDAL & ASSOCIATES

By: */s/ Gabriel G. Hendrick*

Attorneys for Plaintiff
E.DIGITAL CORPORATION

# **ATTESTATION**

I, Lisa I. Carteen, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with Local Rule 5-1(3), I hereby attest that Gabriel G. Hendrick has concurred in the content of the Stipulation and has authorized this filing.

Dated: January 11, 2016

Respectfully submitted,

BAKER & HOSTETLER LLP

By: */s/ Lisa I. Carteen*
      Lisa I. Carteen

Attorneys for Defendant
ISMART ALARM, INC. dba
ISMARTALARM