Lisa I. Carteen, Esq. (SBN 204764)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, California 90025-0509
Telephone: (310) 820-8800
Facsimile: (310) 820-8859
Email: lcarteen@bakerlaw.com

Attorneys for Defendant
ISMART ALARM, INC. dba
ISMARTALARM

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| e.Digital Corporation,<br><br>Plaintiff,<br><br>v.<br><br>iSmart Alarm, Inc. dba iSmartAlarm,<br><br>Defendant. | CASE NO.: 4:15-cv-05793-JSW<br><br>**NOTICE OF *ERRATA* RE STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT [L.R. 6-1(a)] [DOCUMENT 18]** |

**TO THE COURT, THE PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant iSmart Alarm, Inc. dba iSmartAlarm ("Defendant") hereby submits this Notice of *Errata* to notify the Court, and all parties and their counsel of record, that Defendant is correcting the Stipulation to Extend Time for Defendant to Respond to Plaintiff's Complaint [L.R. 6-1(a)] ("Stipulation") due to an inadvertent clerical error of the misspelling of Plaintiff's counsel's last name. The corrected Stipulation is attached hereto as "Exhibit A".

Dated: January 11, 2016

Respectfully submitted,

BAKER & HOSTETLER LLP

By: */s/ Lisa I. Carteen*
　　　Lisa I. Carteen

Attorneys for Defendant
ISMART ALARM, INC.
dba ISMARTALARM

**EXHIBIT A**

Lisa I. Carteen, Esq. (SBN 204764)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, California 90025-0509
Telephone:(310) 820-8800
Facsimile: (310) 820-8859
Email:    lcarteen@bakerlaw.com

Attorneys for Defendant
ISMART ALARM, INC. dba
ISMARTALARM

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| e.Digital Corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>iSmart Alarm, Inc. dba iSmartAlarm,<br><br>        Defendant. | CASE NO.: 4:15-cv-05793-JSW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT [L.R. 6-1(a)]** |

Plaintiff e.Digital Corporation ("Plaintiff") and Defendant iSmart Alarm, Inc. dba iSmartAlarm ("Defendant") hereby stipulate and agree, by and through their respective counsel of record, that Defendant's last day to respond to the Complaint is continued up to and including February 18, 2016. This Stipulation is not entered into for purposes of delay and this Stipulation will not change or alter the date of any event or any deadline already established by Court order.

The parties file this Stipulation pursuant to Civil Local Rule 6-1(a), and understand that their agreement to permit Defendant to respond to the Complaint on or before February 18, 2016 does not require the approval of this Court.

IT IS HEREBY STIPULATED that the time within which Defendant may respond to the Complaint is extended from January 19, 2016 to February 18, 2016.

IT IS SO STIPULATED this 11th day of January 2016.

Dated: January 11, 2016    BAKER & HOSTETLER LLP

By: */s/ Lisa I. Carteen*
Lisa I. Carteen

Attorneys for Defendant
ISMART ALARM, INC. dba ISMARTALARM

Dated: January 11, 2016    HANDAL & ASSOCIATES

By: */s/ Gabriel G. Hedrick*
Gabriel G. Hedrick

Attorneys for Plaintiff
E.DIGITAL CORPORATION

## ATTESTATION

I, Lisa I. Carteen, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with Local Rule 5-1, I hereby attest that Gabriel G. Hedrick has concurred in the content of the Stipulation and has authorized this filing.

Dated: January 11, 2016

Respectfully submitted,

BAKER & HOSTETLER LLP

By: */s/ Lisa I. Carteen*
     Lisa I. Carteen

Attorneys for Defendant
ISMART ALARM, INC. dba
ISMARTALARM