UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.DIGITAL CORPORATION,<br><br>   Plaintiff,<br><br>   v.<br><br>ISMART ALARM, INC.,<br><br>   Defendant. | Case No.  15-cv-05793-JST<br><br>**ORDER TERMINATING MOTION FOR STAY**<br><br>Re: ECF No. 35 |

In light of the order entered today by the Patent Trial and Appeal Board terminating the inter partes review proceedings in Case Nos. IPR2015-01470 (Patent 8,311,522), IPR2015-01471 (Patent 8,315,618), IPR2015-01472 (Patent 8,306,514), IPR2015-01473 (Patent 8,311,523), IPR2015-01474 (Patent 8,311,524), and IPR2015-01475 (Patent 8,315,619), the motion for stay at ECF No. 35 is now moot.  The clerk is directed to terminate the motion.

The case management conference currently scheduled for August 31, 2016 is ADVANCED to August 3, 2016 at 2:00 p.m.  A Joint Case Management Statement must be filed by July 25, 2016.

   IT IS SO ORDERED.

Dated:  July 8, 2016

_____
JON S. TIGAR
United States District Judge