IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| e.Digital Corporation,<br><br>         Plaintiff,<br><br>    v.<br><br>iSmart Alarm, Inc. dba iSmartAlarm,<br><br>         Defendant. | CASE NO.: 3:15-cv-05793-JST<br>[Honorable Jon S. Tigar]<br><br>**[PROPOSED] ORDER GRANTING STIPULATED CONTINUANCE OF JULY 14, 2016 PRIVATE ADR DEADLINE**<br><br>Current ADR Deadline: July 14, 2016<br><br>Action Filed:  December 17, 2015 |

PURSUANT TO THE PARTIES' JOINT STIPULATION REQUESTING CONTINUANCE OF JULY 14, 2016 PRIVATE ADR DEADLINE, and good cause appearing therefore, the Court orders that the July 14, 2016 deadline for Private ADR is continued to September 30, 2016.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 11, 2016

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

---

[PROPOSED] ORDER ON STIPULATION TO
CONTINUE PRIVATE ADR DEADLINE

Case No. 3:15-cv-05793