UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

E.DIGITAL CORPORATION,

    Plaintiff,

v.

ISMART ALARM, INC.,

    Defendant.

Case No. 15-cv-05793-JST

**SCHEDULING ORDER**

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
| --- | --- |
| Plaintiff's Disclosure of Asserted Claims and Infringement Contentions | August 17, 2016 |
| Defendant's Preliminary Invalidity Contentions | September 30, 2016 |
| Exchange of Proposed Terms for Construction | October 14, 2016 |
| Exchange of Preliminary Claim Constructions and Identification of Extrinsic Evidence | November 4, 2016 |
| Joint Claim Construction and Prehearing Statement | November 29, 2016 |
| Claim construction discovery cut-off | December 29, 2016 |
| Claim construction opening brief | January 13, 2017 |
| Claim construction responsive brief | January 27, 2017 |
| Claim construction reply brief | February 3, 2017 |

| Event | Deadline |
|---|---|
| Claim construction hearing | February 28, 2017 at 1:30 p.m. |
| Deadline to File Motion to Amend Pleadings and/or Add Parties | 30 days after issuance of the Court's claim construction order |

Ordinarily, the Court would also set a tutorial, but has not done so here at the parties' request.  ECF No. 58 at 14 ("Because this Court is familiar with the patent family of the Asserted Patents, the Parties do not believe a tutorial is necessary."); see also Patent L.R. 2-1(b)(4).

Following the issuance of its claim construction order, the Court will set a case management conference at which it will set the remaining case deadlines.

Counsel may not modify these dates without leave of court.  The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The parties shall meet and confer regarding the format, scope, and content of the claim construction hearing, including but not limited to the permissible subjects of discussion, whether experts will testify, and what audio-visual equipment, if any, will be needed by the parties.  They also shall exchange copies of any audio-visual material at least **ten court days** before they intend to use it in court, and shall bring any disputes regarding the format, scope, or content of any hearing to the Court's attention at least **five court days** before the hearing.  The Court will deem as waived any objection raised less than five court days before the hearing.  The parties shall lodge hard copies of their presentation materials with the Court on the day of the claim construction hearing.

At claim construction, the Court will construe only the terms the parties identify in their Joint Claim Construction and Prehearing Statement as "most significant to the resolution of the case up to a maximum of 10." Patent Local Rule 4-3(c).  The Court will reserve no more than on two-and-one-half hours its calendar for the claim construction hearing, including a brief recess. The Court prefers that the parties proceed term-by-term, with each party providing its views on each term before moving on to the next.  The Court's use of time limits means that the parties may

2

1 not have the opportunity to present oral argument on every term they have submitted for
2 construction, and the parties should prioritize their presentations accordingly.
3     The parties must take all necessary steps to conduct discovery, compel discovery, hire
4 counsel, retain experts, and manage their calendars so that they can complete discovery in a timely
5 manner and appear on the noticed and scheduled dates. All counsel must arrange their calendars
6 to accommodate these dates, or arrange to substitute or associate in counsel who can.
7     The case management conference scheduled for August 3, 2016 is vacated.

Dated: July 28, 2016

                                                  JON S. TIGAR
                                  United States District Judge