UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| e.Digital Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>iSmart Alarm, Inc., doing business as iSmart,<br><br>  Defendants. | Case No. 3:15-cv-05793-JST<br><br>[PROPOSED] ORDER GRANTING STIPULATED SELECTION OF MEDIATION UNDER ADR L.R. 6 AND CONTINUANCE OF SEPTEMBER 30, 2016 PRIVATE ADR DEADLINE<br><br>Action Filed: December 17, 2015 |

PURSUANT TO THE PARTIES' STIPULATION REQUESTING AN ORDER ADOPTING THE PARTIES' STIPULATION TO MEDIATION UNDER ADR L.R. 6 AND REQUESTING CONTINUANCE OF SEPTEMBER 30, 2016 ADR DEADLINE, and good cause appearing therefore, the Court hereby adopts the Parties' stipulation to mediation under ADR L.R. 6 and orders that the September 30, 2016 deadline for completion of ADR is continued to November 18, 2016.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 23, 2016

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

HANDAL & ASSOCIATES
750 B. STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

-1-

[PROPOSED] ORDER GRANTING STIPULATION                                  Case No. 3:15-CV-05793-JST