# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| e.Digital Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>iSmart Alarm, Inc.,<br><br>    Defendant. | Case Number: 3:15-cv-05793-JST<br><br>**[PROPOSED]** **ORDER ON STIPULATION OF DISMISSAL** |

Having considered the parties' Stipulation of Dismissal, the Court hereby **ORDERS** as follows:

All claims of infringement that Plaintiff raised or could have raised in this action are dismissed **WITH PREJUDICE**. All claims, defenses, or counterclaims that Defendant raised or could have raised in this action are dismissed **WITH PREJUDICE**. Each party will bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: May 2, 2017

_____
United States District Judge